**ELECTRONIC RECORD**

527-15
528-15

COA # 01-14-00343-CR          OFFENSE: 37.09 (Tampering w/Evidence)

STYLE: Damion Cornelius Gordwin v. The State of Texas          COUNTY: Harris

COA DISPOSITION:     AFFIRM          TRIAL COURT: 248th District Court

DATE: 04/30/2015          Publish: NO     TC CASE #:     1397495

# IN THE COURT OF CRIMINAL APPEALS

527-15
528-15

STYLE: Damion Cornelius Gordwin v. The State of Texas          CCA #: 527-15 528-15

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____refused_____          JUDGE: _____

DATE: July 29, 2015          SIGNED: _____     PC: _____

JUDGE: PC          PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____